UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Greg Affholter, et al</u>

v.                                                      Case No. 1:13-fp-223

<u>Town of Antrim, NH. et al</u>

O R D E R

After due consideration of the [8] response/objection filed, I herewith approve the [7] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 16, 2013.

It is hereby ordered that the fee waiver motion (doc. no. 2) is denied without prejudice. The plaintiffs must pay the filing fee and the administrative fee (totaling $400) or file completed in forma pauperis applications within thirty days from the date of this order to prevent their complaint from being dismissed without prejudice.

SO ORDERED.

/s/ Joseph N. Laplante
Joseph N. Laplante
Chief Judge

Date:   May 21, 2013

cc:   Greg Affholter, pro se
      Katherine Affholter, pro se
      John Boanerges Redman, pro se