UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Greg Affholter, et al</u>

    v.                          Case No. 13-fp-223

<u>Town of Antrim, NH</u>

<u>O R D E R</u>

Given that the filing fee has not been paid and the plaintiffs have not filed In Forma Pauperis applications in accordance with the court's May 21, 2013 order, the clerk's office is directed to terminate and close the case without prejudice to the plaintiffs re-filing their complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules.

    SO ORDERED.

                                                   <u>/s/ Joseph N. Laplante</u>
                                                   Joseph N. Laplante
                                                   Chief Judge

Date: June 27, 2013

cc:  Greg Affholter, pro se
     Katherine Affholter, pro se
     John Boanerges Redman, pro se